FILE COPY

No. 07-15-00271-CR

| | | |
|---|---|---|
| Angel Obella<br>    Appellant | § | From the 85th District Court<br>    of Brazos County |
| | § | |
| v. | | June 15, 2017 |
| | § | |
| The State of Texas | | Opinion by Senior Justice Hancock |
|    Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated June 15, 2017, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o